# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF __NEW YORK_____

**DARRYL AUGUSTUS ALLEN,**
        **Plaintiff,**

        v.                  **JUDGMENT IN A CIVIL CASE**

**CITY OF ROCHESTER, et al.,**
        **Defendants.**

        **CASE NUMBER: 06-CV-6634**

☐ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X DECISION BY COURT. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice.

__April 24, 2007__                __RODNEY C. EARLY_____
DATE                                    CLERK

                                          (BY): __s/John H. Folwell_____
                                                   John H. Folwell
                                                   Deputy Clerk